UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LATIFA FOSTER,<br><br>        Plaintiff,<br><br>    v.<br><br>LUIS BALAGUER, et al.,<br><br>        Defendants. | Case No. 21-cv-06504-JCS<br><br>**ORDER TO SHOW CAUSE WHY APPLICATION TO PROCEED IN FORMA PAUPERIS SHOULD NOT BE DENIED**<br><br>Re: Dkt. No. 3 |

Plaintiff Latifa Foster, pro se, has filed an application to proceed in forma pauperis. Foster's responses to the questions on the form application appear to be inconsistent. Although she states that she has received unemployment assistance for sixty-two weeks and owns only $5,100 in cash and no bank accounts, she also states that she received a monthly salary of $5,140 as recently as August 16, 2021. Foster further states in response to Question 2 that she received income from a "business, profession, or self employment," but does not explain the amount or nature of that income in the space provided to do so. Foster is therefore ORDERED TO SHOW CAUSE why her application should not be denied, by filing a declaration no later than September 7, 2021 explaining her financial circumstances in more detail, including the nature of the payment she received on August 16, 2021 and any other income she has received in the last twelve months.

Foster is encouraged to contact the Federal Pro Bono Project's Pro Se Help Desk for assistance as she continues to pursue this case. Lawyers at the Help Desk can provide basic assistance to parties representing themselves but cannot provide legal representation. Although in-person appointments are not currently available due to the COVID-19 public health emergency, Foster may contact the Help Desk at (415) 782-8982 or FedPro@sfbar.org to schedule a telephonic appointment

**IT IS SO ORDERED.**

Dated: August 24, 2021

JOSEPH C. SPERO
Chief Magistrate Judge