# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **LATIFA YASMINE FOSTER,**<br>  Plaintiff,<br>  vs.<br>**LUIS BALAGUER, ET AL.**<br>  Defendants. | CASE NO. 4-21-cv-6504-YGR<br><br>**ORDER DISMISSING ACTION FOR FAILURE TO PROSECUTE**<br><br>Re: Dkt. No. 11 |

By Order issued December 10, 2021, plaintiff was directed to file, no later than December 22, 2021, a declaration explaining her financial circumstances, including the nature of the payment received on August 16, 2021, and any other income received in the last twelve months. As of January 19, 2022, plaintiff has not filed her declaration.

Accordingly, this case is **DISMISSED WITH PREJUDICE** under Federal Rule of Civil Procedure 41(b) for failure to prosecute.

**IT IS SO ORDERED.**

Dated: January 20, 2022

_____
**YVONNE GONZALEZ ROGERS**
**UNITED STATES DISTRICT COURT JUDGE**